UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

William Richard Fischer,

        Debtor.                                                BKY 12-42128

----------------------------------

Suzanne D. Jackson,                                        ADV 12-4183

        Plaintiff,

v.                                                           **JUDGMENT**

William Richard Fischer,

        Defendant.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:

1. The plaintiff shall recover from the defendant the sum of $8,250,000.00.

2. The debt represented by this judgment is excepted from the defendant's discharge pursuant to 11 U.S.C. § 523(a)(2)(A).

3. The Count II of plaintiff's complaint is dismissed with prejudice.

Dated:       December 18, 2013                    Lori A. Vosejpka
At:            Minneapolis, Minnesota            Clerk of Bankruptcy Court

                                                                       /e/ Lynn M. Hennen
                                                    By:
                                                                       Lynn M. Hennen
                                                                     Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/18/2013*
Lori Vosejpka, Clerk, by LH